IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSHUA ROBINSON,                          :
                    Plaintiff             :
        v.                                : Case No. 3:19-cv-56-SLH-KAP
PALCO, *et al.*,                          :
                    Defendants            :

<u>Memorandum Order</u>

Plaintiff has filed three pleadings docketed as motions at ECF no. 122, ECF no. 123, and ECF no. 124 that either are not motions or are meaningless. They are denied.

ECF no. 124 "Motion of Objection" is a duplicate of ECF no. 125 "Motion of Objection" and they were docketed two different ways by two different clerks but both are duplicate attempts of the ones at ECF no. 117 and ECF no. 119 to pursue claims already dismissed. The two purported motions to extend time to file an appeal at ECF no. 122 and ECF no. 123 are meaningless because there is at this point no final judgment to appeal from.

Plaintiff has the right to appeal this nondispositive Order under Rule 72(a) and 28 U.S.C.§ 636(b)(1)(A) within 14 days.

DATE: <u>April 11, 2025</u>          _____

                                    Keith A. Pesto,
                                    United States Magistrate Judge

Notice to counsel by ECF and by U.S. Mail to:

        Joshua Robinson LN-1146
        S.C.I. Mahanoy
        301 Grey Line Drive
        Frackville, PA 17931